UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO:    JAMES J. WALDRON, CLERK          CASE NO.    **15-19691**
                                         IN RE:      SNUKA, CAROLE

**CHAPTER 7**

**INFORMATION FOR NOTICE OF ABANDONMENT**

    Andrew Sklar, Trustee has filed notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for hearing on such objection shall be in writing served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the trustee no later than *(date to be fixed by Court)*.

    In the event an objection is timely filed a hearing thereon will be held on (time *and location to be fixed by the Court*).

    If no objection is filed with the Clerk and served upon the trustee on or before *(date to be fixed by the Court)* the abandonment will take effect on *(date to be fixed by Court)*.

    The description of the property and the liens and exemptions claimed are as follows:

| DESCRIPTION OF PROPERTY TO BE ABANDONED | LIENS ON THE PROPERTY OF THE DEBTOR (INCLUDING AMOUNT CLAIMED DUE) | AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR |
|---|---|---|
| 647 PACIFIC AVENUE<br>ATCO NJ 08004<br>(FMV $126,000) | $94,223.59<br>CITIMORTGAGE<br><br>$75,025.88<br>JP MORGAN CHASE | $0.00 |

Requests for additional information about the property to be abandoned should be directed to:

Andrew Sklar, Chapter 7 Trustee
1200 Laurel Oak Road - Suite 102
Voorhees, NJ 08043
856-258-4050

SUBMITTED BY: \S\ ANDREW SKLAR    POSITION: TRUSTEE    PHONE: 856-258-4050
DATED:  July 1, 2015