Form 154 – ntcabn72

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 15–19691–ABA
                    Chapter: 7
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carole Snuka
   aka Carole Maston
   647 Pacific Avenue
   Atco, NJ 08004

Social Security No.:
   xxx–xx–1872

Employer's Tax I.D. No.:

**NOTICE OF PROPOSED ABANDONMENT**

     Andrew Sklar, Trustee for the above–captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.
     If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than July 15, 2015.
     In the event an objection is timely filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on

DATE:          8/3/15
TIME:          10:00 am
COURTROOM:  4b

     If no objection is filed with the Clerk and served upon the Trustee on or before July 15, 2015, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:
647 Pacific Avenue Atco, NJ
FMV: $126,000

The liens on the property to be abandoned are as follows
(including amount claimed due):
CitiMortgage––$94,223.59

JP Morgan Chase––$75,025.88

The amount of equity claimed as exempt by the debtor is:
$0.00

     Request for additional information about the property to be abandoned should be directed to the Trustee at:
Andrew Sklar

1200 Laurel Oak Road  
Suite 102  
Voorhees, NJ 08043  
856–258–4050  

    or the trustee's attorney (if applicable) at:  
Andrew Sklar  
1200 Laurel Oak Road  
Suite 102  
Voorhees, NJ 08043  
856–258–4050  


Dated: July 1, 2015  
JJW:  

                                                           James J. Waldron  
                                                           Clerk